# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-470
Lower Tribunal No. 2021-SC-002830

_____

DANIEL E. MARAKOVITS,

Appellant,

v.

SCOTT L. TURNER,

Appellee.

_____

Appeal from the Count Court for Collier County.
Michael J. Provost, Judge.

January 9, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, MIZE and GANNAM, JJ., concur.


Daniel E. Marakovits, Walnutport, Pennsylvania, pro se.

Scott L. Turner, Naples, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED